For former opinion, see 10 S.W.(2d) 586.

Bailey, Nickels & Bailey, of Dallas, and George Mendell, of Austin, for plaintiff in error.

Claude Pollard, formerly .Atty. Gen., and Joe S. Brown, formerly Asst. Atty. Gen., for defendant in error.

Chas. L. Black, of Austin, as amicus curiæ.

HARVEY, P. J.

The parties having failed to substitute the lost record in this cause, as heretofore directed, we recommend that the writ of error herein be dismissed, without committing the Supreme Court or this Commission to any of the law questions involved in the case.

CURETON, C. J.

Writ of error dismissed in accordance with the recommendation of the Commission of Appeals.

**Fred 'S. ROGERS, Relator, v. Moore LYNN, State Auditor, and Geo. H. Sheppard, State Comptroller, Respondents.**

Motion No. 10195; No. 1571—6056.

Commission of Appeals of Texas, Section A. July 6, 1932.

For original opinion, see 49 S.W.(2d) 709.

A. M. Felts and York & Rogers, all of Austin, for relator.

James V. Allred, Atty. Gen., R. G. Waters and Homer C. De Wolfe, Asst. Attys. Gen., and Jerome Sneed, Jr., of Austin, for respondents.

CRITZ, J. This case is before us on motion for rehearing filed by relator.

Relator complains in such motion to the fact that we failed to state in our original opinion that he denied under oath the allegations of respondents' answer. We now make the statement that he did in all things deny the allegations of fact contained in the answer. The answer having alleged facts which, if true, defeated the right to the mandamus here sought by relator, and he having denied such allegations, issues of fact were presented, and, this being a court of law and

**J. B. BASS v. RAILROAD COMMISSION OF TEXAS.**

Motion No. 10238; No. 1528—5325.

Commission of Appeals of Texas, Section A. July 19, 1932.